**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-7845**

—————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BRIAN KEITH BREVARD,

                              Defendant - Appellant.

—————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CR-98-297, CA-00-48-3-2-V)

—————

Submitted:  February 21, 2002        Decided:  March 5, 2002

—————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Brian Keith Brevard, Appellant Pro Se.  Brian S. Cromwell, OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Keith Brevard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Brevard, Nos. CR-98-297; CA-00-48-3-2-V (W.D.N.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED